

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00112-CV

_____

JULIETTE GALLANT, Appellant

V.

MICHAEL J. GALLANT, Appellee

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-595993-16

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

On February 26, 2021, the trial court signed an order distributing court-registry funds between the parties. *See* Tex. Fam. Code Ann. § 3.306(b)(3). On March 30, 2021, Appellant Juliette Gallant filed a motion to extend the time to file a notice of appeal, requesting that the deadline be extended until April 28, 2021. We granted the motion. No notice of appeal was filed in the trial court by the deadline.

On April 30, 2021, we received Appellant's second motion to extend the time to file a notice of appeal, requesting that the deadline be extended until July 28, 2021. We granted Appellant's motion in part, giving her until June 29, 2021, to file her notice of appeal in the trial court. We noted in the order that failure to file a notice of appeal in the trial court by the stated deadline "will result in the dismissal of this appeal." Appellant did not file a notice of appeal.

Because Appellant has not filed a notice of appeal even after being granted extensions totaling three months, we dismiss the appeal for want of jurisdiction. *See Citibank N.A. v. Pechua, Inc.*, No. 14-19-00182-CV, 2019 WL 1523121, at *1 (Tex. App.—Houston [14th Dist.] Apr. 9, 2019, no pet.) (per curiam) (mem. op.).

Per Curiam

Delivered: July 29, 2021